IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMERON WILSON et al., on behalf of himself and those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RAM-T CORPORATION, et al.,<br><br>Defendant. | CIVIL ACTION NO: 2:17-cv-00291-MMB |

**MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT AND RELATED RELIEF**

Named Plaintiffs, by and through Class Counsel, hereby move this Court to grant final approval of the class settlement which was preliminarily approved on August 30, 2017. Plaintiffs further request that this Court grant Class Counsel's application for attorneys' fees and costs, and further request that this Court grant Named Plaintiffs' application for service payments. The reasons for this motion are fully briefed in the attached memorandum of law.

Respectfully submitted,

*/s/ Matthew Miller*
Matthew Miller, Esq.
Richard Swartz, Esq.
Justin Swidler, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Highway North, Suite 402
Cherry Hill NJ 08034
Ph: (856) 685-7420
Fax: (856) 685-7417