# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMERON WILSON, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>RAM-T CORPORATION, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 17-291 |

### DECLARATION OF ZACHARY COOLEY - CLAIMS ADMINISTRATOR

I, Zachary Cooley, declare as follows:

1. I am employed by KCC Class Action Services, LLC ("KCC"), located at 462 S 4th Street, Louisville, Kentucky. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On September 7, 2017, KCC received from counsel for Defendants a list of ninety-four (94) individuals identified as the Class List. The Class List included employee names, employee IDs, phone numbers, and addresses for those identified by the Defendants as Class Members. On September 15, 2017, KCC received from counsel for Defendants an updated list of one hundred three (103) individuals identified as the Class List. The updated Class List included, in addition to the previously provided information, Social Security Number and work week counts. KCC formatted the updated Class List for mailing purposes and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS").

1

3.  On September 8, 2017, KCC established the following email address for the purpose of receiving *Consent to Join Lawsuit* forms and Class Member inquiries: RamTSettlement@Kccllc.com.

4.  On September 8, 2017, KCC established a fax number for the purpose of receiving *Consent to Join Lawsuit* forms and Class Member inquiries.

5.  On September 8, 2017, KCC established a toll-free telephone number for the purpose of answering inquiries from Class Members. As the date of this declaration, KCC associates have fielded nine (9) incoming calls.

6.  On September 14, 2017, KCC caused the *Notice of Class and Collective Action Settlement* and the *Consent to Join Lawsuit* form (the "Notice Packet") to be printed and mailed to the ninety-four (94) Class Members for which address information was available. On September 22, 2017, KCC caused the Notice Packet to be printed and mailed to the nine (9) additional Class Members. A true and correct copy of the Notice Packet is attached hereto as Exhibit A.

7.  Since mailing the Notice Packets to the Class Members, KCC has received twelve (12) Notice Packets returned by the USPS with undeliverable addresses.

8.  The deadline for Class Members to submit the *Consent to Join Lawsuit* form was October 30, 2017. To date, KCC has received fifty-nine (59) timely-filed *Consent to Join Lawsuit* forms.

9.  The Notice Packets informed Class Members that should they wish to exclude themselves from the Settlement they were to submit a written request to the Claims Administrator by October 30, 2017. As of the date of this declaration, KCC has received zero requests to opt out of (exclude themselves from) the Settlement.

10. The Notice Packets informed Class Members that should they wish to object to the Settlement they were to submit a written objection on or before October 30, 2017. As of the date of this declaration, KCC has received zero objections to the Settlement.

11. KCC's estimated costs of administration, through completion of this matter, are $14,500.00, including a $2,500.00 discount. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed this 13th day of December 2017 at Louisville, Kentucky.

                                                        ZACHARY COOLEY