IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAMERON WILSON, et al., on behalf of | : | CIVIL ACTION |
| themselves and all those similarly situated, | : | |
|     Plaintiffs, | : | |
|     v. | : | NO. 17-291 |
| | : | |
| RAM-T CORPORATION, et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, on this 8th day of January, 2018, upon consideration of the Plaintiffs' Motion for Final Approval of Class Settlement and Related Relief (Doc. 34), and upon consideration of arguments provided by counsel at the Class Settlement Approval Hearing held on January 8, 2018, at which no class members appeared, and for the reasons provided in Plaintiffs' unopposed motion and confirmed on the record, **IT IS HEREBY ORDERED** that:

1.  Having adjudged the terms of the Joint Stipulation of Settlement and Release ("Settlement Agreement") to be fair, reasonable, and adequate, the Settlement Agreement **IS GIVEN FINAL APPROVAL** by this Court;

2.  Class Counsel's fee application for reasonable attorney's fees in the amount of $116,666.00 **IS APPROVED**;

3.  Class Counsel's application for reasonable costs in the amount of $520.00 **IS APPROVED**;

4.  The requested service award of $12,000.00 each, totaling $24,000.00, for Named Plaintiffs Cameron Wilson and Tomayo Shepherd **IS APPROVED**; and

1

2

5. This case shall be marked **CLOSED** by the Clerk and shall be **DISMISSED WITH PREJUDICE** as to the claims of Named Plaintiffs and all Class Members released by the terms of the Settlement Agreement.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE